McCARTHY & TOWNSEND, Employers, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, on the opinion in *Tillburg* v. *McCarthy & Townsend* (*ante*, p. 593), decided herewith. All concurred, except Lyon and Cochrane, JJ., dissenting.

In the Matter of the Claim of JOHN KING, for Compensation for Accidental Personal Injuries, and STATE INDUSTRIAL COMMISSION, Respondents, v. E. S. GROSS & COMPANY, Employer, and FRANKFORT GENERAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

LEWIS NEWHOF, Respondent, v. LIPPMAN FRANK, Sued Herein as " LEOPOLD " FRANK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

NEW YORK TELEPHONE COMPANY, Appellant, v. JOSEPH R. OLIVER, Respondent.— Judgment and order unanimously affirmed, with costs.

JAMES K. P. PINE, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM KOWITZKI.— Motion denied, with leave to renew unless the case is ready for argument at the next term of court.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER C. WITHERBEE and Others.— Upon reconsideration the former decision is annulled and motion granted. (See *ante*, p. 964; 178 App. Div. 368.)

FRANK E. REYNOLDS, Respondent, v. FORREST E. BRIMMER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the defendant, within twenty days, to serve an answer on payment of said costs and the costs awarded in the order appealed from.

HARRY STOLLENSKY v. GUSSIE MACHSON.— Appeal dismissed, with ten dollars costs.

CHARLES M. WALRATH, Appellant, v. HANOVER FIRE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

GEORGE R. HARDIE, Respondent, v. INTERNATIONAL MILK PRODUCTS COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Kellogg, P. J., not sitting.

In the Matter of the Claim of RICHARD McKAY, for Compensation, v. E. G. HINCHMAN COMPANY and Another.— Motion denied.

In the Matter of the Claim of MICHAEL STAMM, for Compensation, v. SIMON SCHWARTZ.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim of DENNIS E. HYNES, Respondent, v. THE PULLMAN COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Application of THE KENNEDY CONSTRUCTION COMPANY, LIMITED, Appellant, for a Peremptory Writ of Mandamus against EDWIN DUFFEY, Commissioner of Highways of the State of New York, Respondent.— Order unanimously affirmed, with costs, on the ground that the subject-matter of the controversy has been assigned by the petitioner.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of